UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Evens d/b/a C&D Trucking,

    Plaintiff,

vs                                               Case No: 04-71198
                                                      Honorable Victoria A. Roberts

S&K Equipment Co.,

    Defendant.
_____/

## JUDGMENT IN FAVOR OF DEFENDANT

    In accordance with the Order entered on December 15, 2005, the Court enters Judgment in Defendant's favor and against Plaintiff.

    **IT IS SO ORDERED.**


                                                             s/Victoria A. Roberts_____
                                                             Victoria A. Roberts
                                                             United States District Judge

Dated: December 15, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 15, 2005.

s/Linda Vertriest_____
Deputy Clerk

---